**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **JANET ADAMS and RANDY ADAMS,**<br><br>Plaintiffs,<br><br>v.<br><br>**MEDTRONIC, INC.,** *et al.***,**<br><br>Defendants. | § § § § § § § § § § § § § §   Civil Action No.: 4:19-cv-870-SDJ-KPJ |

## ORDER

On December 23, 2019, Plaintiffs Janet Adams and Randy Adams (together, "Plaintiffs") filed an Amended Complaint against all Defendants. *See* Dkt. 9.

**IT IS THEREFORE ORDERED** that Defendant Covidien Holding Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6) and Brief in Support (Dkt. 5) is **DENIED AS MOOT**. The Court will address Rule 12 motions as to the live pleadings only.

**So ORDERED and SIGNED this 3rd day of January, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE